# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARVIN SEYMORE

NO. 2021 KW 0997

**OCTOBER 25, 2021**

---

In Re:   Marvin Seymore, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 16-WLFN-267.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** We are advised by the Office of the Clerk of Court of West Feliciana Parish that a motion for production of documents is not of record. Relator should first seek relief in the district court.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT